IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT E. NILES,<br><br>　　　　　Defendant. | 8:13CR252<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's unopposed Motion to Continue Sentencing (filing 87) is granted.

2. Defendant Robert E. Niles' sentencing is continued to Friday, June 27, 2014, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of May, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge